Opinion filed December 13, 2007











 
 
  
 
 







 
 
  
 
 




Opinion filed December 13,
2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00280-CV 

                                                      ________

 

                                  ENDURA PRODUCTS CORP. AND

            ENDURA
PRODUCTS MANUFACTURING CORP., Appellants

 

                                                             V.

 

           BRAD GOLDSMITH
D/B/A PRODUCTION SYSTEMS, Appellee

 



 

                                        On
Appeal from the 142nd District Court

                                                        Midland
County, Texas

                                                Trial
Court Cause No. CV-44,381

 



 

                                             M E M O R A
N D U M   O P I N I O N

 

Appellants
have filed in this court a motion to dismiss their appeal.  In the motion,
appellants state that they no longer desire to pursue this appeal.  The motion
is granted, and the appeal is dismissed.

 

December 13, 2007                                                                 PER
CURIAM

Panel consists of: Wright, C.J.,

McCall, J., and Strange, J.